

11/26/2019 01:05:39 PM
Recording Fee $104.50 Page 1 of 2
Lien        HOSPITALITY BUILDERS
Spokane County Washington

6868214



RETURN ADDRESS
Hospitality Builders, Inc.
150 Knollwood Dr.
Rapid City, SD 57701



RECEIVED
DEC 03 2019
BY:_____

## CLAIM OF LIEN
(RCW 60.04.091)

**HOSPITALITY BUILDERS, INC.,**
    Claimant,

vs.

**SPOKANE SOUTH MEDICAL, LLC,**
    Respondent.

**NOTICE IS HEREBY GIVEN** that the undersigned claims a lien pursuant to Chapter 64.04 RCW. In support of this lien, the following information is submitted:

1. Name of Lien Claimant:

   Hospitality Builders, Inc.,
   Address: 150 Knollwood Dr., Rapid City, SD 57701
   Telephone number: 605-791-3400

2. Date on which Claimant began to perform labor, provide professional services, supply material or equipment or the date on which employee benefit contributions became due:

   January 25, 2016

3. Name of person who requested labor, materials and equipment and is indebted to Claimant:

   Spokane South Medical, LLC

4. Description of the property against which a lien is claimed:

   Tax Parcel No.: 35195.4813
   Address: Hampton Inn & Suites, 675 South McClellan St, Spokane, WA 99204
   Legal Description: RAILROAD 2ND ADD: Lots 3, 4, 7 through 12 Block 90 Except any portion deeded to the City of Spokane for road purposes and Except any portion dedicated to public under Resolution dated March 22, 1979under Auditor's File No.

EXHIBIT F

7903220205, Together with that portion of vacated alley which attaches by law, recorded September 23, 2013, under Auditor's File No. 6250093

5. Name of the Owner or reputed owner:

Spokane South Medical, LLC

6. Last date on which labor was performed, professional services were furnished, contributions to an employee benefit plan were due, or material or equipment was furnished:

November 21, 2019

7. Principal amount for which the lien is claimed:

Seven Hundred Sixteen Thousand Nine Hundred Ninety Dollars and Ninety-Eight Cents ($716,990.98)

Dated: November 22, 2019

_____
Kevin Krank, President
Hospitality Builders, Inc.
150 Knollwood Dr.
Rapid City, SD 57701
605-791-3400

STATE OF SOUTH DAKOTA )
                       ) ss.
COUNTY OF PENNINGTON )

Kevin Krank, being first duly sworn upon oath, deposes and says: That I am the President of Hospitality Builders, Inc., claimant above named, I have read the foregoing claim, know the contents thereof, and believe the same to be true and correct and that the claim of lien in not frivolous and is made with reasonable cause, and is not clearly excessive under penalty of perjury.

_____
Kevin Krank, President

Subscribed and sworn to before me this 22nd day of November, 2019.

_____
Print Name _____
Notary Public – South Dakota
My Commission Expires: 3·11·23

**Stephanie Stover**
Seal **NOTARY PUBLIC** Seal
**State of South Dakota**

2