FILED

SEP 24 2020

*Mitchell [signature]*
CLERK

## MEMORANDUM
## UNITED STATES DISTRICT COURT

Date:    September 24, 2020
To:      Counsel
From:    Judge Kornmann
Re:      Hospitality Builders v. Spokane South Medical, 20-cv-01017-CBK

     All papers recently filed by defendant show that this case is in the Western Division of the District of South Dakota. That is not correct. Counsel should always carefully proofread all documents before submitting them to the Court.

*[signature]*

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE
United States Courthouse
102 4th Ave. SE, Suite 408
Aberdeen, SD 57402
605-377-2600

Clerk's file