IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| HOSPITALITY BUILDERS, INC., | CIV. 20-1017 |
| Plaintiff, | |
| vs. | **Satisfaction of Judgment For Attorney Fees & Costs** |
| SPOKANE SOUTH MEDICAL, LLC | |
| Defendant. | |

On December 14, 2020, the Court entered an *Order* awarding attorney's fees in the amount of $27,347.27 against the Defendant and in favor of the Plaintiff. Doc. 21. On December 15, 2020, the Clerk entered a *Taxation of Costs*, taxing costs in the amount of $400 against the Defendant and in favor of the Plaintiff. Doc. 22.

Plaintiff, through its attorney of record, hereby certifies that the amounts awarded in both the *Order* (Doc. 21) and the *Taxation of Costs* (Doc. 22) have been paid in full and requests the Clerk of Court to record and make note of the same.

Dated: January 29, 2021.

                            HALL LAW FIRM

                            BY:   */s/Ronald J. Hall*
                                    Ronald J. Hall
                                    Attorney for Plaintiff
                                    405 8th Avenue NW Suite 327
                                    Aberdeen, SD  57401-2715
                                    Telephone: (605) 225-1652
                                    Facsimile: (605) 225-0761
                                    Email: ron@rhalllaw.com